BEFORE THE FIRST DIVISION, FEBRUARY 17, 1939

**No. 40650.**—Protests 958224–G, etc., of S. H. Kress & Co. (Los Angeles).

Opinion by SULLIVAN, J.   It was stipulated that the merchandise consists of field glasses imported from Japan and entered into consumption after the effective date of the trade agreement in question.   The claim at 35 percent under paragraph 228 was therefore sustained.

**No. 40651.**—Protest 957860–G of Pacific States Optical Co. (Los Angeles).

Opinion by SULLIVAN, J.   There was nothing in the testimony to bring the spectacle cases in question within either of the claims made.   The protest was therefore overruled.

BEFORE THE SECOND DIVISION, FEBRUARY 17, 1939

**No. 40652.**—Protest 694412–G of Bloom Jenkins Import Co., Inc. (New York).

Opinion by TILSON, J.   It was stipulated that certain items consist of outerwear and other articles, knit, in chief value of wool, similar to those involved in Abstract 36548.   The claim under paragraph 1114 as to these items was therefore sustained.   Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 40653.**—Protests 664502–G, etc., of Rolland Frères, Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of Abstract 36548 knit outerwear in chief value of rayon was held dutiable at 45 cents per pound and 65 percent ad valorem under paragraph 1309, and knit outerwear in chief value of cotton or other vegetable fiber was held dutiable at 45 percent under paragraph 917.

**No. 40654.**—Protests 646994–G, etc., of Rolland Frères, Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel the knit wool outerwear in question was held dutiable under paragraph 1114 as claimed.